UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr2506-JLS |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| ALMA ROCIO FARIAS-DUARTE, | |
| Defendant. | |

WHEREAS, in the Plea Agreement to the Superseding Information the United States sought forfeiture of all right, title, and interest in properties of Defendant ALMA ROCIO FARIAS-DUARTE ("Defendant"), pursuant to 8 U.S.C. § 1324(b) and 28 U.S.C. § 2461(c) as proceeds of the offense and as properties involved in the violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(I), as charged in the Superseding Information; and

WHEREAS, on or about March 28, 2022, Defendant pled guilty before Magistrate Judge Jill L. Burkhardt to Count 1 of the Superseding Information charging the Defendant with conspiracy to transport undocumented aliens within the United States for financial gain, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(I), which plea included consent to the forfeiture allegations of the Superseding Information and consent to the forfeiture of all properties involved in and properties seized in connection with the case, including, but not limited to, $101,190.00 in U.S.

Currency; and

WHEREAS, on April 27, 2022, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the Court finds that the United States has established the requisite nexus between the $101,190.00 in U.S. Currency and the offense; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the $101,190.00 in U.S. Currency, pursuant to 8 U.S.C. § 1324 (b) and 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(6), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the $101,190.00 in U.S. Currency which is hereby found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty plea of the Defendant, all right, title, and interest of Defendant ALMA ROCIO FARIAS-DUARTE in $101,190.00 in U.S. Currency is hereby forfeited to the United States pursuant to 8 U.S.C. § 1324 (b) and 28 U.S.C. § 2461(c),18 U.S.C. § 982(a)(6), and the United States is hereby authorized to take custody and control of the currency subject to the provisions of Title 21 United States Code §853(n).

2. The forfeited currency is to be held by U.S. Customs and Border Protection in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary

1 proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to forfeited currency, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

**IT IS SO ORDERED.**

Dated:  December 5, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge